AO-10 (WP)
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| POSNER, RICHARD A. | U. S. COURT OF APPEALS FOR THE SECOND CIRCUIT | 4-08-06 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ACTIVE U.S. CIRCUIT JUDGE | ___ Nomination, Date _____ <br> ___ Initial ✓ Annual ___ Final <br> 5b. ___ Amended Report | 01/01/05 - 12/31/05 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 219 S. DEARBORN CHICAGO, IL 60604 | Reviewing Officer _____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| Senior lecturer | University of Chicago Law School |
| Trustee | Trust ██████████ |
| | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ✓ NONE (No reportable agreements.) | |
| | |
| | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| | U. of Chicago Law School part-time teaching | $23,595 |
| | Harvard University Press - royalties | $13,514.14 |
| | Aspen Publishers - royalties | $16,024.25 |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this *(cont'd)* section. (dollar amount not required except for honoraria)

| |
|---|
| ✓ NONE (No reportable non-investment income.) |
| |
| |

RICHARD A. POSNER
April 8, 2006

III Non-Investment Income (cont'd)

| | |
|---|---:|
| University of Chicago Press - royalties | $2,003.30 |
| Oxford University Press (England) - royalties | 141.90 |
| Oxford University Press (US) - royalties | 7,733.62 |
| Edward Elgar Publishing - royalties | 448.04 |
| Thomson-West - royalties | 565.80 |
| Johns Hopkins Univ. Press - royalties | 100.00 |
| New York Times - royalties | 162.50 |
| Stanford University - royalties | 35,000 |
| Harvard Univ. - prize | 25,000 |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| RICHARD A. POSNER | 4-08-06 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements.) | |
| See attached | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ✓ NONE (No such reportable gifts.) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ✓ NONE (No reportable liabilities.) | | |
| | | |
| | | |
| | | |
| | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

Richard A. Posner

4-08-06

## IV. REIMBURSEMENTS

| SOURCE | DESCRIPTION |
|---|---|
| 1. University of Chicago | 1/13 to 1/16; Washington, DC; research for book; transportation, hotel & food |
| 2. American Assn. for the Advancement of Science | 2/19 to 2/21; Washington, DC; lecture; transportation, hotel & food |
| 3. AEI & Resources for Future | 3/1 to 3/2; Washington, DC; lecture; transportation, hotel & food |
| 4. Fordham University | 3/3 to 3/6; New York, NY; moot court; transportation, hotel; ▮▮▮ |
| 5. Princeton University | 3/7 to 3/9; Princeton, NJ; lecture; hotel & food; ▮▮▮ |
| 6. Boston University | 4/7 to 4/9; Boston, MA; lecture; transportation; hotel & food |
| 7. Harvard Law School | 4/20 to 4/23; Cambridge, MA; visiting committee meeting; transportation; hotel & food |
| 8. Fed'l Bar Council & U of Chicago | 5/2 to 5/7; New York, NY; spoke; transportation; hotel & food; ▮▮▮ |
| 9. American Enterprise Institute | 5/4 to 5/4; Washington, DC; panel discussion; transportation |
| 10. Harvard University | 5/12 to 5/14; Cambridge, MA; award; transportation; hotel & food; ▮▮▮ |
| 11. Burton Foundation & Hoover Institution | 6/6 to 6/8; Washington, DC; award & promotional activities; transportation; hotel & food; ▮▮▮ |
| 12. University of Chicago | 6/26 to 6/28; Washington, DC; research for book; transportation, hotel & food |
| 13. New York U. & Third Point | 9/19 to 9/21; New York, NY; colloquium; transportation & hotel |
| 14. University of Chicago | 10/10 to 10/13; Washington, DC; research for book; transportation, hotel & food |
| 15. American Law Institute | 10/19 to 10/21; New York, NY; award; transportation, hotel & food |
| 16. eSapience | 10/26 to 10/31; Como, Italy; summit; transportation; ▮▮▮ |
| 17. Harvard Law Review | 11/17 to 11/18; Cambridge, MA; spoke; transportation; hotel & food |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| RICHARD A. POSNER | 4-08-06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Merrill Lynch CMA Money Fd | A | DIV | J | T | | | | | |
| 2 ML Mun. Bd. Fd. Cl A | A | DIV | K | T | | | | | |
| 3 Vanguard Inv. Tr | D | DIV | N | T | | | | | |
| 4 Vanguard Mun. Bd. Fd | C | DIV | M | T | Buy / Buy | 2-25 / 8-29 | J / J | | |
| 5 Vanguard Inv. Tr IRA | D | cap Gns DIV | N | T | monthly contribut'ns | | J | | |
| 6 TIAA-CREF MUT FD RETIREMENT | D | INT | P1 | T | partial transfer to Real Est. | 1-12 | M | | } No contributions made |
| 7 TIAA-CREF SRA " | | | O | T | | | | | } |
| 8 TIAA REAL ESTATE | E | INT | M | T | Buy | 1-12 | M | | } |
| 9 ML BASIC VALUE FD Keogh | F | DIV T CapGns | O | T | Buy | 4-15 | J | | |
| 10 ML B+T RASP IRA | A | DIV | J | T | | | | | |
| 11 ML MUN BD FD CLI | A | DIV | K | T | Buy | 4-18 | J | | |
| 12 NUVEEN MUN MKT OPP | B | DIV | K | T | | | | | |
| 13 RES FUND'G CORP O∗pn IRA | | None | J | T | | | | | |
| 14 NUVEEN SEL QLTY MUN Fd | B | DIV | K | T | | | | | |
| 15 UNIV NAT'L BK | A | INT | K | T | | | | | |
| 16 MANAGED MUNI BDS CL AARP | D | DIV | M | T | | | | | |
| 17 ML Bd Fd Core Bd IRA | B | DIV | L | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| | | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | | U=Book value | V=Other | W=Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| RICHARD A. POSNER | 4-08-06 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 ML Global Val Fd *IRA* | A | CapG + Div | L | T | | | | | |
| 19 US TREAS STRIPS Ocpn *IRA* | | none | J | T | | | | | |
| 20 US TREAS STRIPS Ocpn | | none | J | T | | | | | |
| 21 ML US GOV Fd | B | Div | | T | Sell | 10-25 | K | B | |
| 22 ML MUNI BD INS'D | C | CapG + Div | M | T | Buy | 10-25 | K | | |
| 23 ML MUNI BD NAT'L | C | Div | L | T | | | | | |
| 24 GNMA Fd CL AARP | C | Div | M | T | | | | | |
| 25 SHT-TRM BD CL AARP | D | Div | M | T | | | | | |
| 26 MANAGED MUNL CLAARP | C | Div | M | T | | | | | |
| 27 GRWTH + INC CL AARP | B | Div | K | T | | | | | |
| 28 ML FUND. GRWTH A *IRA* | | | | T | Sell | 3-22 | J | | |
| 29 ML FUND. GRWTH A *IRA* | | | | T | Sell | 3-22 | J | | |
| 30 ML FUND GRWTH A | A | Div | J | T | | | | | |
| 31 ML GLOBAL VAL FD | A | CapG + Div | K | T | | | | | |
| 32 NUVEEN INS'D QLTY *MUNI FD* | B | Div | K | T | Buy | 10-05 | J | | |
| 33 CATS SER Q Ocpn *IRA* | | None | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P4=More than $50,000,000 | M=$100,001-$250,000 P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| RICHARD A. POSNER | 4-08-06 |

## VII. Page 2̶ 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 ML GLOBAL ALLOC | A | Cap Gn + DIV | J | T | Buy | 3-22 | J | | |
| 19 Blackrock Mun Trm Tr 2018 | A | DIV | K | T | | | | | |
| 20 ML B+T RASP | | None | J | T | | | | | |
| 21 ML MIDCAP VAL B  IRA | B | Cap Gn | J | T | | | | | |
| 22 ML BASIC VAL FD  IRA | A | Cap Gn + DIV | | T | Sell | 10-25 | K | | |
| 23 * ML SMALL CAP VAL  IRA | B | Cap Gn | K | T | *Name changed to ML VAL OPP FD CL A | | | | |
| 24 AMER FDS INT BD FD  IRA | B | DIV | L | T | | | | | |
| 25 ML FUND GRWTH B | | None | J | T | | | | | |
| 26 CD TREAS BK  IRA | A | INT | | T | Redeemed | 3-28 | K | | |
| 27 ML GLOBAL ALLOC  IRA | C | Cap Gn + DIV | K | T | Buy | 3-22 | K | | |
| 28 ML LATIN AMER FD  IRA | A | DIV | J | T | Buy | 10-25 | J | | |
| 29 ML PACIFIC FD  IRA | A | DIV | J | T | Buy | 10-25 | J | | |
| 30 CD SOVEREIGN BK  IRA | | none | K | T | Buy | 10-24 | K | | |
| 31 CD INDYMAC BK  IRA | | none | K | T | Buy | 4-04 | K | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Note name change section VII, p.3, line 23.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.



Signature _____     Date __April 8, 2006__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544